UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JPT Group, LLC | § § § | |
| Plaintiff, | § § | CASE NO: 4:17-cv-02131 |
| v. | § § | |
| Pedro Garcia Brands, S.L. | § § § | JURY DEMANDED |
| Defendant. | § § § § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HERBY STIPULATED, by and between the undersigned counsel on behalf of the respective parties, that this action (and all claims and counterclaims asserted therein) be, and the same hereby is, dismissed with prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties further stipulate that the Court shall retain jurisdiction over this case.

July 12, 2018

Respectfully submitted,

/s/ J. Reid Bumgarner
J. Reid Bumgarner
Texas Bar No. 24053118
S.D. Tex. ID No. 631284
RBumgarner@PortBumgarner.com
PORT & BUMGARNER LLP
6750 West Loop S., Suite 748
Bellaire, TX 77401
713/678-0673

*For Plaintiff JPT Group, LLC*

/s/   Lisa H. Meyerhoff
Lisa H. Meyerhoff
Texas Bar No. 14000255
S.D. Tex. ID No. 18693
Lisa.Meyerhoff@bakermckenzie.com
BAKER & McKENZIE LLP
700 Louisiana, Ste. 3000
Houston, Texas 77002
713/427-5000

*For Defendant Pedro Garcia Brands, S.L.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 12th day of July with a copy of the foregoing document via the Court's CM/ECF system in compliance with Local Rule 5.1.

/s/ J. Reid Bumgarner